# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES A. BONNER, et al.,

    Plaintiffs,

v.

SPECIALIZED LOAN SERVICING LLC, et al.,

    Defendants.

2:10-CV-1267 JCM (RJJ)

# ORDER

Presently before the court is the matter of *Bonner et al v. Specialized Loan Servicing, LLC et al* (Case 2:10-cv-01267-JCM -GWF).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiffs Charles A. Bonner, Akram Arastehjoo, and Robert Lee filed their complaint (doc. #1) on July 29, 2010, against defendants Specialized Loan Servicing, LLC, John Beggins, Robert J. Hopp Services and Associates, Brittany Wood Trustee, Brittany Wood, individually, U.S. Bank National Association as Trustee, Independence Realty, Mark Holstetler d/b/a Independence Realty, Mark Holstetler, individually, and Robert J. Hopp, individually.

Pursuant to Federal Rule of Civil Procedure 4(m), on February 6, 2011, the clerk of the court provided notice to the plaintiffs that the action would be dismissed as to all defendants, if they did not file proof of service of process by March 8, 2011. (Doc. #15). Local Rule 5-1(a) states, with

**James C. Mahan**
**U.S. District Judge**

**James C. Mahan**
**U.S. District Judge**

regards to proof of service, that "the proof shall show the day and manner of service and the name of the person served," and that "proof of service may be by written acknowledgment of service or certificate of the person who made service."

To date, the court has received proof of service (doc. #16 and #17) only as to defendants U.S. Bank National Association as Trustee, Independence Realty, Mark Holstetler d/b/a Independence Realty, Mark Holstetler, individually, Specialized Loan Servicing, LLC, and John Beggins.

As plaintiffs have failed to provide proper proof of service as to the remaining defendants, the above captioned case is dismissed against those defendants.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Bonner et al v. Specialized Loan Servicing, LLC et al* (Case No. 2:10-cv-01267-JCM -GWF) be, and the same hereby is, DISMISSED without prejudice as to defendants Robert J. Hopp, individually, Brittany Wood, individually, Brittany Wood Trustee, and Robert J. Hopp Services and Associates.

DATED March 22, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

- 2 -