1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                            **DISTRICT OF NEVADA**
7
8
9
10
11
12
13

| CHARLES A. BONNER, et al., | 2:10-CV-1267 JCM (RJJ) |
| Plaintiffs, | |
| v. | |
| SPECIALIZED LOAN SERVICING LLC, et al., | |
| Defendants. | |

14                                  **ORDER**

15        Presently before the court is defendants Beggins, et. al.'s memorandum of costs and

16   disbursements.  (Doc. #21).  Plaintiffs Bonner, et. al. have not responded.

17        In the District of Nevada, Local Rules 54-1 and 54-16 govern costs and attorneys' fees,

18   respectively.  The memorandum of costs and disbursements comports with neither of these local

19   rules.  (*See* Doc. #21).

20        Accordingly,

21        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Beggins, et.

22   al.'s memorandum of costs and disbursements (doc. #21) be, and the same hereby is, DENIED.

23        DATED November 9, 2011.

24
25                                          _____
26                               **UNITED STATES DISTRICT JUDGE**
27
28

**James C. Mahan**
**U.S. District Judge**