# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES A. BONNER, et al.,

      Plaintiffs,

v.

SPECIALIZED LOAN SERVICING LLC, et al.,

      Defendants.

2:10-CV-1267 JCM (RJJ)

## ORDER

Presently before the court is defendants Beggins, et. al.'s memorandum of costs and disbursements. (Doc. #21). Plaintiffs Bonner, et. al. have not responded.

In the District of Nevada, Local Rules 54-1 and 54-16 govern costs and attorneys' fees, respectively. The memorandum of costs and disbursements comports with neither of these local rules. (*See* Doc. #21).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Beggins, et. al.'s memorandum of costs and disbursements (doc. #21) be, and the same hereby is, DENIED.

DATED November 9, 2011.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**